IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| **GREGORY GREENWOOD** | **PLAINTIFF** |
| v. | CAUSE NO. 1:18CV3-LG-RHW |
| **PELICIA HALL, et al.** | **DEFENDANTS** |

## ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING MOTION FOR SUMMARY JUDGMENT

For the reasons stated in the [38] Proposed Findings of Fact and Recommendation entered by Magistrate Judge Robert H. Walker on November 21, 2019, and after an independent review of the record, a de novo determination of the issues, consideration of the plaintiff's [40] Objection, and having determined that the findings are correct under applicable law,

**IT IS ORDERED AND ADJUDGED** that the [38] Proposed Findings of Fact and Recommendation is **ADOPTED** as the opinion of this Court.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that the [31] Motion for Summary Judgment filed by the defendants is **GRANTED**. This lawsuit is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 28th day of February, 2020.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE