# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**GREGORY GREENWOOD**     **PLAINTIFF**

**v.**     **CAUSE NO. 1:18CV3-LG-RHW**

**PELICIA HALL, et al.**     **DEFENDANTS**

## FINAL JUDGMENT

This matter is before the Court on submission of the [38] Proposed Findings of Fact and Recommendation entered by United States Magistrate Judge Robert H. Walker entered in this cause on November 21, 2019. The Court, having adopted said Proposed Findings of Fact and Recommendation as the finding of this Court by Order entered this date, finds that this matter should be dismissed. Accordingly,

**IT IS ORDERED AND ADJUDGED** that this matter be, and is hereby, **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 28th day of February, 2020.

                       s/ *Louis Guirola, Jr.*
                       LOUIS GUIROLA, JR.
                       UNITED STATES DISTRICT JUDGE